RUBEL BROS., INC., Respondent, *v.* DUMONT COAL AND
ICE COMPANY, Appellant.

*Appeal — motion to dismiss denied.*

Reported below, 200 App. Div. 135.
(Submitted May 1, 1922; decided May 3, 1922.)

MOTION to dismiss an appeal from a judgment entered
March 25, 1922, upon an order of the Appellate Division
of the Supreme Court in the second judicial department,
reversing a judgment in favor of defendant entered upon
a dismissal of the complaint by the court on trial at
Special Term and directing judgment in favor of plaintiff.

The motion was made upon the ground that the defendant, appellant, has no present interest in the action.

*Samuel A. Telsey* for motion.

*Albert A. Hovell* opposed.

Motion denied, without costs.